**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| RAILCAR MANAGEMENT, LLC, | |
| Plaintiff, | Case No. C21-437 TSZ |
| v. | **ORDER** |
| JOHN DOES 1 through 10, inclusive, | |
| Defendant. | |

Plaintiff Railcar Management, LLC's *Ex Parte* Motion for Expedited Discovery, docket no. 2, is **GRANTED** as set forth in this Order:

Plaintiff may issue a subpoena to Amazon Web Services, Inc. ("AWS") under Federal Rule of Civil Procedure 45 in substantially the same form as Exhibit 2 to the Declaration of Charles E. Harris, II, docket no. 3-2.

Dated this 8th day of April, 2021.

Thomas S. Zilly
United States District Judge

Presented by:

CALFO EAKES LLP
*Attorneys for Plaintiff*

By: /s/Kristin W. Silverman
     Kristin W. Silverman

ORDER - 1

CALFO EAKES LLP
Attorneys at Law
1301 2nd Avenue Suite 2800
Seattle, Washington 98101
(206) 407-2200