# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

RAILCAR MANAGEMENT, LLC,

    Plaintiff,

v.

JOHN DOES 1–10,

    Defendants.

C21-437 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Railcar Management, LLC's motion for extension, docket no. 13, is GRANTED as follows:

    (a) The deadline to effect service of process is EXTENDED to August 2, 2021;

    (b) The deadline to conduct a Rule 26(f) conference is EXTENDED to August 23, 2021;

    (c) The deadline for exchanging initial disclosures pursuant to Rule 26(a)(1) is EXTENDED to September 7, 2021; and

    (d) The deadline for filing a Joint Status Report and Discovery Plan in the form set forth in the Order entered April 8, 2021, docket no. 11, is EXTENDED to September 7, 2021.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of June, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2