UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAILCAR MANAGEMENT, LLC,

        Plaintiff,

v.

JOHN DOES 1–10,

        Defendants.

C21-437 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Railcar Management, LLC's motion for leave to amend, docket no. 18, is GRANTED. Plaintiff shall electronically file its amended complaint within seven (7) days of the date of this Minute Order.

(2) The deadline to effect service of process is sua sponte EXTENDED from August 2, 2021, to September 3, 2021.

(3) The deadline to conduct a Rule 26(f) conference is sua sponte EXTENDED from August 23, 2021, to November 5, 2021.

(4) The deadline for exchanging initial disclosures pursuant to Rule 26(a)(1) and the deadline for filing a Joint Status Report and Discovery Plan in the form set forth in the Order entered April 8, 2021, docket no. 11, are both sua sponte EXTENDED from September 7, 2021, to November 19, 2021.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record. Plaintiff shall serve a copy of this Minute Order on defendants and file proof of service by September 3, 2021.

Dated this 21st day of July, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1