UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAILCAR MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CEDAR AI, INC.; MARIO PONTICELLO; DARIL VILHENA; and JOHN DOES 1-10,<br><br>Defendants,<br><br>v.<br><br>GE TRANSPORTATION; and WABTEC CORPORATION,<br><br>Third-Party Defendants. | C21-437 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties have filed a proposed stipulated protective order, docket no. 76, that substantially departs from the District's model order, without indicating the changes in their redlined version, docket no. 76-1, as required by Local Civil Rule 26(c)(2). The Court nevertheless APPROVES the parties' stipulated language and will separately enter the protective order.

(2) The parties have filed a Stipulated Agreement Regarding Discovery of Electronically Stored Information, docket no. 77, which the Court hereby APPROVES and will treat as binding between the parties.

(3) In the parties' Joint Status Report, docket no. 73, they indicated in a footnote that plaintiff Railcar Management, LLC and third-party defendant Wabtec

MINUTE ORDER - 1

Corporation take the position that GE Transportation, which was named as a third-party defendant, is merely a corporate division, rather than a separate legal entity, and cannot sue or be sued.  Within fourteen (14) days of the date of this Minute Order, third-party plaintiff Cedar AI, Inc. shall show cause why its claims against GE Transportation should not be dismissed without prejudice.

(4)     The deadline for joining parties will expire on May 31, 2022, and plaintiff is DIRECTED to show cause, within fourteen (14) days of the date of this Minute Order, why its claims against John Does 1–10 should not be dismissed without prejudice.

(5)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of May, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2