UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAILCAR MANAGEMENT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CEDAR AI, INC.; MARIO PONTICELLO; DARIL VILHENA; and JOHN DOES 1–10,<br><br>    Defendants,<br><br>v.<br><br>GE TRANSPORTATION; and WABTEC CORPORATION,<br><br>    Third-Party Defendants. | C21-437 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In light of Footnote 1 in third-party plaintiff Cedar AI, Inc.'s response, docket no. 86, to the order to show cause, docket no. 78, the Court defers ruling on the dismissal of Cedar AI, Inc.'s third-party claims against GE Transportation. The Court will dismiss with prejudice Cedar AI, Inc.'s third-party claims against GE Transportation unless Cedar AI, Inc. shows cause prior to August 26, 2022, why such claims should not be dismissed.

(2) Plaintiff Railcar Management, LLC's motion, docket no. 81, to extend the deadline for joining additional parties is GRANTED as follows. Any motion for leave to amend a pleading for the purpose of adding a party and/or identifying a Doe defendant shall be filed by July 7, 2022, and noted for the fourth Friday after filing. Any response

MINUTE ORDER - 1

and any reply shall be due in accordance with Local Civil Rule 7(d)(3). If no motion is timely filed, plaintiff's claims against defendants John Does 1–10 will be DISMISSED with prejudice.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of June, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2