UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAILCAR MANAGEMENT, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>CEDAR AI, INC.; MARIO PONTICELLO; DARIL VILHENA; and YI CHEN,<br><br>    Defendants,<br><br>  v.<br><br>WABTEC CORPORATION,<br><br>    Third-Party Defendant. | C21-0437 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion to seal, docket no. 148, is GRANTED as follows. The unredacted version of defendant Cedar AI, Inc.'s motion to compel, docket no. 123, shall remain under seal. The publicly-available version of this motion, docket no. 120, was redacted more than was necessary, but the motion has already been decided, *see* Minute Order at ¶ 1 (docket no. 147), and no purpose would be served in requiring the parties to meet and confer and file a less redacted version. For future reference, however, the parties are advised that, even when certain time periods, fees, or specific terms are considered confidential, the immediately surrounding contractual language does not generally meet the "good cause" and/or "compelling reasons" standards for sealing.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of January, 2023.

                                              Ravi Subramanian
                                              Clerk

                                              s/Laurie Cuaresma
                                              Deputy Clerk

MINUTE ORDER - 1