UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAILCAR MANAGEMENT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CEDAR AI, INC.; MARIO PONTICELLO; DARIL VILHENA; and YI CHEN,<br><br>    Defendants,<br><br>    v.<br><br>WABTEC CORPORATION,<br><br>    Third-Party Defendant. | C21-0437 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to extend certain deadlines, docket no. 165, is GRANTED in part and DENIED in part as follows:

    (a) The deadline for disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) is EXTENDED from March 24, 2023, to **April 24, 2023**;

    (b) The deadline for filing discovery-related motions is EXTENDED from Thursday, May 18, 2023, to **Thursday, June 15, 2023**;

    (c) The deadline for completing discovery is EXTENDED from June 23, 2023, to **July 21, 2023**; and

MINUTE ORDER - 1

(d) The motion is otherwise DENIED.[1] All other dates and deadlines set forth in the Minute Order Setting Trial Date and Related Dates, docket no. 75, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of March, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

---

[1] The parties have proposed to extend the deadlines for filing dispositive motions and motions related to expert witnesses to Friday, September 1, 2023. Doing so would result in dispositive motions noting on September 29, 2023, and motions related to expert witnesses noting a week earlier, rather than on the same date as any dispositive motions. This schedule would not permit the Court to rule on the dispositive and expert-related motions before motions in limine, the proposed pretrial order, trial briefs, proposed voir dire questions, and proposed jury instructions are due. The parties' suggested extension of the dispositive and expert-related motions deadlines without altering the trial date is unworkable.

MINUTE ORDER - 2