1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

RAILCAR MANAGEMENT, LLC,

8                           Plaintiff,

9        v.

10   CEDAR AI, INC.; MARIO PONTICELLO;        C21-0437 TSZ
     DARIL VILHENA; and YI CHEN,

11                           Defendants,        MINUTE ORDER

12       v.

13   WABTEC CORPORATION,

                             Third-Party Defendant.

14

15       The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

16       (1)    The parties' stipulated motion, docket no. 213, is GRANTED as follows:

17          (a)    Any motion responsive to, or seeking to strike portions of, plaintiff's
"corrected" Third Amended Complaint, docket no. 210, shall be consolidated with

18   any response to plaintiff's motion for leave to file its proposed Fourth Amended
     Complaint, shall not exceed twenty (20) pages in length, shall be filed on or before

19   June 22, 2023, and shall be noted for July 14, 2023.

20          (b)    Any response to the motion to dismiss, or strike portions of, the
     Third Amended Complaint shall be consolidated with any reply in support of the

21   motion for leave to file a Fourth Amended Complaint, shall not exceed fourteen
     (14) pages in length, and shall be filed on or before July 10, 2023.

22

23

MINUTE ORDER - 1

(c)     Any reply in support of the motion to dismiss, or strike portions of, the Third Amended Complaint shall not exceed five (5) pages in length, and shall be filed by July 14, 2023.

(d)     Plaintiff's motion for leave to amend, docket no. 211, is RENOTED to July 14, 2023.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of June, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2