UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAILCAR MANAGEMENT, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>CEDAR AI, INC.; MARIO PONTICELLO; DARIL VILHENA; and YI CHEN,<br><br>        Defendants,<br><br>   v.<br><br>WABTEC CORPORATION,<br><br>        Third-Party Defendant. | C21-0437 TSZ<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Defendant Cedar AI, Inc.'s unopposed motion to seal, docket no. 286, is GRANTED as follows:

        (a)    The unredacted version of defendant's reply, docket no. 272, shall remain sealed;

        (b)    Exhibits 1, 3–5, and 7 to the Declaration of Adrienne McEntee, docket nos. 275-1, 275-3, 275-4, 275-5, and 275-7, shall remain sealed;

        (c)    Exhibits 2 and 6 to the Declaration of Adrienne McEntee, docket nos. 275-2 and 275-6, shall be UNSEALED; and

        (d)    The unredacted version of defendant's surreply, docket no. 276, shall remain sealed.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of August, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2