1

2

3
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

4

5
RAILCAR MANAGEMENT, LLC,

               Plaintiff,

6
   v.

7
CEDAR AI, INC.; MARIO PONTICELLO;
DARIL VILHENA; and YI CHEN,

               Defendants,

8
   v.

9
WABTEC CORPORATION,

10
               Third-Party Defendant.

C21-0437 TSZ

ORDER

11

12
      Counsel having telephonically advised the Court that this matter has been resolved and confirmed that no issue remains for the Court's determination,

13

14
      NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

15

16
      In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **30** days of the date of this Order.

17

18
      The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

19
      IT IS SO ORDERED.

20
      DATED this 25th day of August, 2023.

21

22

23

Thomas S. Zilly
United States District Judge